UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr3985-JM |
| Plaintiff, | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| v. | ) ) | (Docket No. 7) |
| **ENRIQUE ALCARAZ-GONZALEZ,** | ) ) ) | |
| Defendant. | ) ) | |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the date for the motion hearing in the above-entitled case be continued from Friday, December 12, 2008 at 11:00 a.m., be continued to Friday, January 23, 2009, at 11:00 a.m. Time is excluded under the Speedy Trial Act from Friday, December 12, 2008 to the next hearing date of January 23, 2009.

DATED: December 11, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge