# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2011 AUG -1 PM 2:28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ENRIQUE ALCARAZ-GONZALEZ(1),<br><br>　　　　　　　　Defendant. | CASE NO. 08CR3985 JM<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

_X_　the Court has granted the motion of the defendant for dismissal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

　　　8:1326(a)and(b) - Deported Alien Found in the United States

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 26, 2011

Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE